# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

TERRY VON ASTEN,

    Plaintiff,

v.

ARSTRAT, LLC,

    Defendant.

Case No. 20-CV-233-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that Defendant ARstrat LLC's motion for judgment on the pleadings (Docket #11) be and the same is hereby **GRANTED**; and

  **IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED without prejudice.**

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

October 7, 2021    s/ *Jodi L. Malek*
Date        By: Deputy Clerk